540 U.S. 844
 ACOSTA-ESQUIVEL, AKA HUERTA
v.
UNITED STATES
CARO-GRIMALDO
v.
UNITED STATES
CERDA-MONTES
v.
UNITED STATES
CHAVEZ-ROMERO
v.
UNITED STATES
HERNANDEZ-ROMERO
v.
UNITED STATES
HERRERA-PINA
v.
UNITED STATES
MARTINEZ-SOLIS
v.
UNITED STATES
REVULTA-ESPINOZA
v.
UNITED STATES
RODRIGUEZ-CARRANZA, AKA GONZALES
v.
UNITED STATES and
RODRIGUEZ-MARTINEZ
v.
UNITED STATES
 No. 02-10945.
 Supreme Court of United States.
 October 6, 2003.
 
 1
 Appeal from the C. A. 5th Cir.
 
 
 2
 Certiorari denied. Reported below: 61 Fed. Appx. 923, 61 Fed. Appx. 922, 61 Fed. Appx. 923, 61 Fed. Appx. 923, 61 Fed. Appx. 923, 61 Fed. Appx. 923, 61 Fed. Appx. 923, 61 Fed. Appx. 922, 61 Fed. Appx. 922, 61 Fed. Appx. 923.